IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN HENRY FREDERICK,**

    *Plaintiff*,

v.        CASE NO.:  4:20cv218-MW/MAF

**WAKULLA CORRECTIONAL INSTUTION,**
**etc., et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 4.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion.  Plaintiff's motion for appointment of counsel, ECF No. 2, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** to Plaintiff refiling an action if he simultaneously submits the $400.00 filing fee because Plaintiff is not facing imminent danger with respect to this claim."  The Clerk shall also note this case was dismissed pursuant to

28 U.S.C. § 1915(g) and close the file.

**SO ORDERED on May 26, 2020.**

**s/Mark E. Walker             
Chief United States District Judge**
